**Order filed, October 16, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00712-CV

_____

### LEOLA JONES AND STEPHANIE ALLEN, Appellants

### V.

### HELEN JUNGENBERG, Appellee

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. CV27264**

## ORDER

The reporter's record in this case was due **September 14, 2018**. *See* Tex. R. App. P. 35.1. On September 25, 2018, this court ordered the court reporter to file the record within 15 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the court reporter for the 344th District Court to file the record in this appeal **within 15 days** of the date of this order. No further extension will be

entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If the court reporter does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM